Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 14, 2023

_____ Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR23-100 LK** |
| Plaintiff, | **INDICTMENT** |
| v. | |
| JEFFREY JOSEPH BRANHAM, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Distribution of a Controlled Substance)

On or about April 27, 2023, in King County within the Western District of Washington, JEFFREY JOSEPH BRANHAM did knowingly and intentionally distribute, a controlled substance, including:  N-phenyl-N-[1-(2-phenylethyl)- 4-piperidinyl] propenamide ("fentanyl"), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Indictment - 1
*United States v. Branham*
USAO No. 2023R00393

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Possession of a Controlled Substance with Intent to Distribute)

On or about May 10, 2023, in King County, within the Western District of Washington, JEFFREY JOSEPH BRANHAM did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine and N-phenyl-N-[1-(2-phenylethyl)- 4-piperidinyl] propenamide ("fentanyl"), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about May 10, 2023, in King County, within the Western District of Washington, JEFFREY JOSEPH BRANHAM knowingly carried a firearm, that is: a Ruger SR9c 9mm pistol, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

### (Possession of a Controlled Substance with Intent to Distribute – BMW Search)

On or about May 10, 2023, in King County, within the Western District of Washington, JEFFREY JOSEPH BRANHAM did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)- 4-piperidinyl] propenamide ("fentanyl"), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Indictment - 2
*United States v. Branham*
USAO No. 2023R00393

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 2, and 4, JEFFREY JOSEPH BRANHAM shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to the following property:

      a.     One Ruger SR9c 9mm pistol and any associated ammunition, seized on or about May 10, 2023, from the person of JEFFREY JOSEPH BRANHAM; and

      b.     One Kimber 9mm pistol and any associated ammunition, seized on or about May 10, 2023, from the vehicle of JEFFREY JOSEPH BRANHAM.

Upon conviction of the offense alleged in Count 3, JEFFREY JOSEPH BRANHAM shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to the following property:

      a.     One Ruger SR9c 9mm pistol and any associated ammunition, seized on or about May 10, 2023, from the person of JEFFREY JOSEPH BRANHAM.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or,

Indictment - 3
*United States v. Branham*
USAO No. 2023R00393

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED:  June 14, 2023

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

NICHOLAS W. BROWN
United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

Indictment - 4
*United States v. Branham*
USAO No. 2023R00393

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970